UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
EBIRANNA EVANS

                          Plaintiff,

                -against-

BRONXWORKS, INC.,

                        Defendant.
---------------------------------------------------------X

Docket No.: 1:24-cv-7507

**NOTICE OF REMOVAL**

     **PLEASE TAKE NOTICE** that defendant, BRONXWORKS, INC., by and through their attorneys, RUTHERFORD & CHRISTIE, LLP, hereby remove this action to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 1331.

    1. This action was commenced against BRONXWORKS, INC. in the Supreme Court of the State of New York, County of Bronx, by the filing of a Summons with Verified Complaint on or about September 6, 2024. See Exhibit "A" attached hereto.

    2. The Verified Complaint seeks damages based on breach of contract, discrimination, and retaliation after alleged delays and failures to provide emergency assistance for domestic violence, pursuant to 34 U.S.C. § 12474(d)(1)(A)(B)(C); 34 U.S.C. § 12475(C)(2)(A()(B)(C); 34 U.S.C. § 12494; and U.S.C. 1249 (b)(1), (d)(2)(c), (f).

    3. The plaintiff's claims are governed by sections 34 U.S.C. 12474 and 34 U.S.C. 1249 of the United States Code and therefore, raise federal questions under 28 U.S.C. § 1331.

    4. Defendant, BRONXWORKS, INC., was purportedly served with a copy of the initial pleading setting forth the claim upon which this action is based on or about September 6, 2024.

    5. In accordance with 28 U.S.C. §1446(b), this Notice of Removal is filed within 30 days after receipt by the defendant of a copy of the initial pleading.

6. Based upon the facts set forth above, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

7. Pursuant to 28 U.S.C. 1446(b), copies of the Summons and Complaint, which constitute all process, pleadings or orders served or filed by the parties in the Supreme Court of the State of New York, are attached hereto as Exhibit "A" and made a part of this Notice by reference.

8. BRONXWORS, INC., will pay all costs (disbursements) by reason of this removal proceeding should it be determined that this case is not removable or is improperly removed.

9. This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

**WHEREFORE,** and without waiver of any substantial or procedural defenses, BRONXWORKS, INC., requests that this Court assume jurisdiction over this action and make such further orders herein as may be required to properly determine its controversy.

Dated: New York, New York
October 3, 2024

                            Respectfully submitted,

                            **RUTHERFORD & CHRISTIE, LLP**

                            By: _____
                            David S. Rutherford
                            *Attorneys for the Defendant*
                            800 Third Avenue, 9th Floor
                            New York, New York 10022
                            (212) 599-5799
                            dsr@rutherfordchristie.com

TO:    Ebiranna Evans
          *Plaintiff Pro Se*
          354 Nepperhan, Avenue, Apt. 3C
          Yonkers, New York 10701
          (347) 337-4224

4869/2024 Summons & Verified Complaint filed 9/6/2024

Page 1 of

[Print in **black** ink to fill in the spaces next to the instructions.
This summons **must** be served with a complaint.]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------X

Ebiranna Evans ,
[Your name(s)]                    Plaintiff(s)

                    -against-

Bronx Works, Inc. ,
[Name(s) of party being sued]  Defendant(s)
------------------------------------------------X

**SUMMONS**

Index Number

4869 , 2024

Date Index No.
purchased
Sept 6th , 20 24

To the Person(s) Named as Defendant(s) above:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to answer the complaint of the plaintiff(s) herein and to serve a copy of your answer on the plaintiff(s) at the address indicated below within 20 days after service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Dated: Sept 6th , 20 24
[Date of summons]

_Ebiranna Evans_
[Sign your name]

Ebiranna Evans
[Print your name]
354 Nepperhan Ave, 3C, Yonkers, NY
(343)337-4224
[Your address(es) and telephone(s)no.(s)]

Defendant(s) 630 Jackson Ave, Bronx, NY 10451
[Address(es) of defendant(s)]

Venue: Plaintiff(s) designate(s) Bronx County as the place of trial.
The basis of this designation is: [Check box that applies]

☐ Plaintiff(s) residence in Bronx County
☒ Defendant(s) residence in Bronx County
☐ Other [See CPLR Article 5]: _____

Printed: 9/6/2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF: Bronx
-----------------------------------------------------------x
Ebiranna Evans
[your name(s)]                    Plaintiff(s),

Index Number
4869/2024

- against -

BronxWorks, Inc.
[name(s) of party being sued]     Defendant(s).
-----------------------------------------------------------x

COMPLAINT

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff [your name], Ebiranna Evans
respectfully shows and alleges as follows: [number each paragraph]

1. The plaintiff herein, Ebiranna Evans, maintains a domicile in Westchester county located at 354 Nepperhan Ave, Apt 3C, Yonkers, NY 10701.

2. The defendant, herein, BronxWorks, Inc. has a place of business located at 630 Jackson Ave, Bronx, NY 10455. Defendant's office at the aforementioned location acts as a social service center.

3. In June of 2023, I attempted to open a case for an emergency transfer due to domestic violence (D I was told by a staff member I would have to come back another day as they had already reached their 10 person qouta for the day.

4. I expressed I had a DV emergency, to which she replied, "everyone here has an emergency. I suggest you come back tomorrow before 8am" so you can be seen."

5. I attempted to open a case at their West 181st street location, at which they were willing to assist me until they seen I resided in zipcode 10454. I was redirected back to their Jackson ave location.

6. I went to their office at 630 Jackson ave multiple times before being seen on July 12, 2023. I gave all the required documents and was told I would recieve a call to complete my intake.

CommenceAction - Rev. March 2021

7. I recieved a call that same day from Ms. Reid and she conducted my intake. Ms. Reid informed me that she would follow up with me, to give me an appointment once I was assigned a case manager.

8. Two days later on July 14th, I recieved notification of an appointment with Wanna Lei for August 8, 2023 from Ms. Reid. I expressed, once again the severity of my situation and was given no priority. I tried to ask for clarification on why the appointment was for another intake and was ignored.

9. Upon meeting with my case manager Wanna Lei, I expressed concerns about my landlord at that time and showed her proof of his harrasment and illegal practices. I asked for legal resources and expressed that I did not feel comfortable contacting the landlord because of previous encounters with him.

10. Wanna did reach out to the landlord, Charles, on my behalf to inform him of my situation and request that I be able to break my lease. Charles stated that he would only agree to breaking the lease if I paid a "re-rental" fee for him to find another tenant. Wanna expressed to me his response was "weird", however, I was not given any legal resources.

11. Wanna did obtain a good cause transfer through HRA and gave me a cityfeps shopping letter on September 15th, 2023. On October 4th, 2023, Wanna reached out to me to inform me my case would be closed early due to the fact it may take a while for me to find an apartment. She told me if I was able to find an apartment I could come back to open a new case.

12. On Feburary 22nd, 2024, I reached to Wanna Lei to inform her I found a new ~~case~~ apartment and asked if I could come in to open a new case. She didn't respond so I just went down to the

office, where I was onced again turned away due to their 10 person limit. I called Wanna and asked if she could send me the landlord packet required to begin my approval process, which she did email to me.

13. I was not able to open a case at BronxWorks until March 13th, 2024 because I was repeatedly turned away due to their 10 person limit.

14. My emergency transfer was held up for over a month due to BronxWorks staff claiming I need a pre-clearance, even though my DV liasion repeatedly informed them and provided written procedure from DSS that a preclearance for an apartment in Westchester county is not requir

15. I met with my case worker Camesha Wright on April 11th, 2024 and signed my lease for the new apartment during that meeting. On several occasion I was not able to contact her, neither was the property manager. I continued to face harrasment from my landlord and my abuser with no recourse, so I submitted a complaint to DSS on May 2nd through 311, about the mishandling of my case.

16. My abuser began popping up at my home and reaching out to me, telling me I had no choice but to get back into a relationship with him. Around May 10th, I reported it to the police since I previously recieved a order of protection against him. I pleaded with my case worker to escalate my case so I could recieve keys to my new apartment on multiple occasions, however, it fell on deaf ears. I quit my job out of fear of running into

17. While in convesation with the property manager of my new building, she informed me that Christopher Beltre, a supervisor at BronxWorks, approved my apartment inspection with "no problem" but failed another apartment that had violations that were also present in my apartment, at which time I was not aware of. This was on June

18. After being ignored by my case worker and her supervisor in my attempts to contact them about my case, I put in another complaint with DSS on June 6th. My case was escalated on June 7th.

19. I was approved to move on June 10th. Since moving I have been subjected to unsafe and unlivable conditions, my apartment has even flooded, damaging my property.

20. By reason of the facts and circumstances stated above, the defendant has breached the contract between the parties, discriminated against and retaliated against the plaintiff. The defendant has violated USC 34 §12474(d)(1)(A)(B)(C), USC 34 §12475(c)(2)(A)(B)(C), USC 34 §12494, and US.C 1249 (b)(1),(d)(2)(C),(f).

21. Wherefore the plaintiff demands a judgement against the defendant in the sum of $750,000.

Dated: September 6th, 2024

_Ebiranna Evans_
[sign your name]

Ebiranna Evans
[print your name]

354 Nepperhan Ave, Apt 3C
[your address]

Yonkers, NY 10701

(347) 337-4224
[your telephone number]

## VERIFICATION

STATE OF NEW YORK
COUNTY OF Bronx   ss:

Ebiranna Evans , being duly sworn, deposes and says:
I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.

_Ebiranna Evans_
[sign your name in front of a Notary]

Ebiranna Evans
[print your name]

Sworn to before me this
6th day of September, 2024

_J. Long_
Notary Public

TAMIEKA J LONG
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 04LO0020706
Qualified in Bronx County
Commission Expires February 05, 2025