```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
EBIRANNA EVANS,                                                    :
:
             Plaintiff,                                            :
:                    24-cv-7507 (LJL)
      -v-                                                          :
:                    ORDER
BRONXWORKS, INC.,                                                  :
:
             Defendants.                                           :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

   Due to a clerical error, the Court's memo endorsement of November 19, 2024, Dkt. No. 15, was not mailed to pro se Plaintiff until today, December 2, 2024. Therefore, Plaintiff's deadline to reply is extended to December 13, 2024.

   SO ORDERED.

Dated: December 2, 2024
       New York, New York                        _____
                                                      LEWIS J. LIMAN
                                                 United States District Judge