UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  06/03/2025
```

-----------------------------------------------------------------------X
                                              :

EBIRANNA EVANS,                           :

                              Plaintiff,    :

                                           :              24-cv-7507 (LJL)

          -v-                     :                    ORDER

                                         :

BRONXWORKS, INC.,                   :

                              Defendants.  :

                                         :

-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On May 12, 2025, Defendant filed a motion for judgment on the pleadings.  Dkt. No. 23.

Plaintiff has not responded to the motion.  If Plaintiff does not respond by June 17, 2025, or seek

an extension of time to respond, the Court will consider the motion unopposed.

      SO ORDERED.

Dated: June 3, 2025
      New York, New York                _____
                                   LEWIS J. LIMAN
                            United States District Judge