```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
EBIRANNA EVANS,                                                  :
                                                                 :
                              Plaintiff,                         :
                                                                 :         24-cv-7507 (LJL)
              -v-                                                :
                                                                 :            ORDER
BRONXWORKS, INC.,                                                :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/05/2025

LEWIS J. LIMAN, United States District Judge:

Plaintiff has requested an extension of time to respond to Defendant's motion for judgment on the pleadings. Dkt. No. 28. The Court has extended Plaintiff's deadline to respond to June 17, 2025. Dkt. No. 27. Plaintiff may request an additional extension for good cause if necessary.

The Court's individual practices state the following instructions for submission of large files:

> Submission of Large Electronic Files. The Court has a file transfer protocol for the safe electronic transmission of large files. If a party needs to submit large files by email (as opposed to ECF), the party should email the Court (at LimanNYSDChambers@nysd.uscourts.gov) requesting a link to be used for such transfer. The email should include the name and docket number of the case and the nature and size of the materials to be submitted electronically.

Plaintiff should copy defense counsel on any emails to the Court.

Plaintiff is advised that there is a Pro Se Law Clinic available to assist unrepresented parties in civil cases. The Clinic may be able to provide a non-incarcerated pro se party with advice in connection with their case. The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the

2

Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit). Litigants in need of legal assistance should complete the City Bar Justice Center's intake form to make an appointment. If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org).

    SO ORDERED.

Dated: June 5, 2025
      New York, New York

LEWIS J. LIMAN
United States District Judge