```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
EBIRANNA EVANS,                                                    :
                                                                   :
                              Plaintiff,                           :
                                                                   :         24-cv-07507 (LJL)
         -v-                                                       :
                                                                   :              ORDER
BRONXWORKS, INC.,                                                  :
                                                                   :
                              Defendant.                           :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    The Status Conference previously set for October 20, 2025 is rescheduled to November 10, 2025 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.

    Counsel for defendant is directed to notify Plaintiff of this Order.

    SO ORDERED.

Dated: October 15, 2025  
       New York, New York

                                              LEWIS J. LIMAN  
                                     United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 10/15/2025