```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
EBIRANNA EVANS,                                                     :
                                                                    :
                                Plaintiff,                          :
                                                                    :         24-cv-07507 (LJL)
        -v-                                                         :
                                                                    :              ORDER
BRONXWORKS, INC.,                                                   :
                                                                    :
                                Defendant.                          :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Status Conference scheduled for November 10, 2025 at 11:00AM is CANCELLED. Counsel for defendant is directed to notify Plaintiff of this Order.

SO ORDERED.

Dated: November 7, 2025
       New York, New York
                                                            _____
                                                                     LEWIS J. LIMAN
                                                                United States District Judge